IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CAREY DUBBERLY,

        Petitioner,

vs.                                          CASE NO. 5:03cv280-SPM/EMT

JAMES R. MCDONOUGH,

        Respondent.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 28) dated April 27, 2006. Petitioner was furnished a copy and he has filed an objection (doc. 19). Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted and that Petitioner's 28 U.S.C. § 2254 habeas petition should be denied.

Under 28 U.S.C. § 2254, a federal court may grant habeas corpus relief only if the state court adjudication

    (1)    resulted in a decision that was contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court of the United States; or

    (2)    resulted in a decision that was based on an unreasonable determination of the facts in light of the evidence presented in the State court proceeding.

28 U.S.C. § 2254(d).  As explained in the magistrate judge's well-reasoned report and recommendation, the state court adjudication is consistent with Supreme Court precedents and based on reasonable factual findings.  Accordingly, it is

ORDERED AND ADJUDGED:

1. The magistrate judge's report and recommendation (doc. 18) is ADOPTED and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (doc. 6) is denied.

DONE AND ORDERED this 23rd day of February, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge